UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Laura Powers, Nichole Palmer, and Jason Palmer on behalf of themselves all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Credit Management Services, Inc., Dana K. Fries, Tessa Hermanson, Jessica L. V. Piskorski, Brady W. Keith, and Michael J. Morledge,<br><br>Defendants. | Civil File No. 8:11-cv-436 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2012, he served Defendants Credit Management Services, Inc., Dana K. Fries, Tessa Hermanson, Jessica L.V. Piskorski and Brady W. Keith's Responses to Plaintiffs' First Set of Discovery and Defendant Micheal Morledge's Responses to Plaintiffs' First Set of Discovery to be served upon Plaintiffs, by and through their counsel of record, Pamela A. Car and William L. Reinbrecht, CAR & REINBRECHT, P.C., LLO, whose address is 8720 Frederick Street, Suite 105, Omaha, Nebraska 68124, by electronic service and by depositing a copy thereof in the United States mail, first class postage prepaid.

            CREDIT MANAGEMENT SERVICES, INC.,
            DANA KAY FRIES, TESSA P. HERMANSON,
            JESSICA L. V. PISKORSKI, BRADY W. KEITH,
            and MICHEAL J. MORLEDGE, Defendants

        By:  PERRY, GUTHERY, HAASE
            & GESSFORD, P.C., L.L.O.

        By:  /s/ John M. Guthery
            John M. Guthery, #11638
            233 South 13th Street, Suite 1400
            Lincoln, NE 68508
            Telephone: (402) 476-9200
            Facsimile: (402) 476-0094
            jguthery@perrylawfirm.com