IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA POWERS, NICHOLE PALMER, and JASON PALMER, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV436 |
| vs. | ) ) | ORDER |
| CREDIT MANAGEMENT SERVICES, INC., DANA K. FRIES, JESSICA L. V. PISKORSKI, BRADY W. KEITH, MICHAEL J. MORLEDGE, and TESSA HERMANSON, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on June 22, 2012. Pamela A. Car and William L. Reinbrecht represented the plaintiffs and Christopher R. Morris and John M. Guthery, Jr., represented the defendants. Based on the conversation with counsel, the initial progression order (Filing No. 28) is amended as set forth below.

**IT IS ORDERED:**

1. The deadline for the plaintiffs to file any motion seeking certification of this case as a class action is vacated and will be re-established during the planning conference.

2. The court will hold a planning conference within ten days following the court's ruling on the defendants' motions to dismiss (Filing Nos. 32 and 34) and for sanctions (Filing No. 37). Plaintiffs' counsel will arrange and initiate the telephone conference with all participating counsel and the court.

DATED this 22nd day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge