# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAURA POWERS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:11CV436 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CREDIT MANAGEMENT SERVICES, INC., et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Stipulation Regarding Costs of Plaintiffs' Motion to Compel (Filing No. 133). On March 20, 2013, the court granted the plaintiffs' Motion to Compel (Filing No. 96) and required the defendants to show cause why sanctions should not be imposed. See Filing No. 106. Based on the parties subsequent filings, the court determined the plaintiffs should be awarded reasonable costs and attorneys fees associated with the motion to compel. See Filing No. 126. The parties have conferred and agreed to the amount of $1900.00, to compensate the plaintiffs for their costs associated with the motion to compel. The court finds the agreement is reasonable in this instance. Accordingly, the court will award the plaintiffs' attorney fees in the amount of $1900.00. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation Regarding Costs of Plaintiffs' Motion to Compel (Filing No. 133) is adopted. The plaintiffs are awarded reasonable attorney fees in the **amount of $1900.00** associated with the February 25, 2013, Motion to Compel (Filing No. 96).

2. The Clerk of Court shall, at the time of entry of judgment in this case, make this award a part of the judgment entered, unless before that time the parties certify that the award has been satisfied.

DATED this 17th day of May, 2013.

> BY THE COURT:
>  s/ Thomas D. Thalken
> United States Magistrate Judge