IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA POWERS, on behalf of herself and all others similarly situated; NICHOLE PALMER, AND JASON PALMER,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT MANAGEMENT SERVICES, INC., DANA K. FRIES, TESSA HERMANSON, JESSICA L. V. PISKORSKI, BRADY W. KEITH, AND MICHAEL J. MORLEDGE,<br><br>Defendants. | 8:11CV436<br><br>ORDER |

This matter is before the court on its own motion. The parties are directed to provide the complete transcripts of the depositions on which they rely in support of and/or opposition to the pending motions for class certification and for summary judgment. The full transcripts shall be provided to the chambers of the undersigned in electronic format via e-mail to Bataillon@ned.uscourts.gov within one week of the date of this order.

SO ORDERED.

DATED this 5th day of November, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge