IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA POWERS, | Case No. 8:11CV436 |
| Plaintiff, | ORDER |
| vs. | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE |
| CREDIT MANAGEMENT SERVICES, INC, | DESTROYED |
| Defendant. | |

Pursuant to NECivR 79.1(f), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit 1 and Defendant's Exhibit No. 101    Motion Hearing    11/23/2016

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

BY THE COURT'

s/ Robert F. Rossiter, Jr.
United States District Judge